IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:24cr464-KFP |
| | ) | [AL Code § 32-5A-191(a)(1); |
| ALFONSO LEONARDO CAAL CUCUL | ) | [18 U.S.C. § 1382; |
| | ) | [18 U.S.C. § 13(a)] |
| | ) | |
| | ) | |
| | ) | |
| | ) | **INFORMATION** |

The United States Attorney charges:

**COUNT 1**
(Driving Under the Influence)

On or about April 14, 2024, on the exclusive federal jurisdiction on Fort Novosel, in Dale County, within the Middle District of Alabama, the defendant,

ALFONSO LEONARDO CAAL CUCUL,

on land within the special maritime and territorial jurisdiction of the United States and under the exclusive jurisdiction of the United States, namely Fort Novosel, Alabama, on land acquired for the use of the United States and under its exclusive jurisdiction, unlawfully drove and was in actual physical control of a moving vehicle while there was a .08 percent or more by weight of alcohol in his blood in violation of Title 32, Code of Alabama 1975, Chapter 5A, Section 191(a)(1) and Title 18, United States Code, Section 13(a).

<u>COUNT 2</u>
(Unlawful Entering Military, Naval, or Coast Guard Property)

On or about April 14, 2024, within the jurisdiction of the United States, within the Middle District of Alabama, the defendant,

ALFONSO LEONARDO CAAL CUCUL,

went upon a military installation, to wit, Fort Novosel, for a purpose prohibited by regulation, in violation of 18 U.S.C. 1382.

KEVIN DAVIDSON
Acting United States Attorney

JOEL FEIL
Assistant United States Attorney

GREGORY A. BASHFORD
Special Assistant U.S. Attorney
Kentucky Bar No. 98983
Office of the Staff Judge Advocate
Fort Novosel, Alabama 36362-5000
Phone: (334) 255-9141
Fax: (334) 255-1869